United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Binford Farms, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 81-3424122 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 16908 Little Elk Rd.<br>Athens, AL 35611<br>Number, Street, City, State & ZIP Code | 17294 Hubert St.<br>Athens, AL 35611<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Limestone<br>County | **Location of principal assets, if different from principal place of business**<br>16908 Little Elk Rd. Athens, AL 35611<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.   Describe debtor's business**   **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
☒ Yes.

If more than 2 cases, attach a separate list.

| | District | Northern District of Alabama | When | 8/1/24 | Case number | 24-81447-CRJ12 |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Case 25-81317-CRJ11   Doc 1   Filed 06/30/25   Entered 06/30/25 12:18:57   Desc Main
                              Document      Page 2 of 30

| Debtor | Binford Farms, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Binford Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 / 30 / 25
MM / DD / YYYY

X _____     Elson S. Binford
Signature of authorized representative of debtor     Printed name

Title  Owner

**18. Signature of attorney**

X _____     Date  6 / 30 / 25
Signature of attorney for debtor     MM / DD / YYYY

Stuart Maples asb-1974-s69s
Printed name

Thompson Burton PLLC
Firm name

200 CLINTON AVE. W
Huntsville , AL 35801
Number, Street, City, State & ZIP Code

Contact phone  (256) 489-9779     Email address  smaples@thompsonburton.com

asb-1974-s69s AL
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

   ☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
   ☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   ☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
   ☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
   ☒   *Schedule H: Codebtors* (Official Form 206H)
   ☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
   ☐   *Amended Schedule* _____
   ☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
   ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6 / 30 / 25     X _____
                                 Signature of individual signing on behalf of debtor

                                 Elson S. Binford
                                 Printed name

                                 Owner
                                 Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

                                                              Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | Cadence Bank | Business Checking | 0025 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                 $0.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Land Rent | Unknown |

9.   **Total of Part 2.**                                                 $0.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**      Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**      Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**      Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.   Go to Part 7.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops–either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 1995 John Deere 4960 2WD Tractor | $0.00 | Auction Value | $19,000.00 |
| 1981 TD15 Dozer | $0.00 | | $10,000.00 |
| 1998 John Deere 8100 4WD Tractor | $0.00 | Auction Value | $35,000.00 |
| 1997 John Deere 8200 2WD Tractor | $0.00 | Auction Value | $20,000.00 |
| 2017 CP690 John Deere Cotton Picker | $20,000.00 | | $20,000.00 |
| 2016 S670 Combine 4WD | $50,000.00 | Auction Value | $50,000.00 |
| 2017 FD 640 Combine 4WD | $25,000.00 | | $25,000.00 |
| 2017 Header Cart Horst | $4,000.00 | | $4,000.00 |
| 2012 J&M 750 Grain Cart | $20,000.00 | Auction Value | $20,000.00 |
| 2012 JD HX 15 Bushog | $5,000.00 | Auction Value | $5,000.00 |
| 2009 JD HX 14 Bushog | $2,500.00 | Auction Value | $2,500.00 |

| | | | |
|---|---|---|---|
| (2) 2005 KBH Module Builders | $1,000.00 | Auction Value | $1,000.00 |
| John Deere 220 Stalk Cutter | $3,000.00 | N/A | $3,000.00 |
| 2000 Case IH 496 Disk (broken) | $200.00 | Auction Value | $200.00 |
| (2) 1994 716 IH Plows | $100.00 | Auction Value | $100.00 |
| 1998 JD 2600 Plow | $100.00 | Auction Value | $100.00 |
| 1981 Alabama Lowboy (axle broken) | $1,500.00 | Auction Value | $1,500.00 |
| 2002 Schulte Chisel Plow | $2,000.00 | Auction Value | $2,000.00 |
| 2023 AG Spray 1635 Nurse Wagon | $8,000.00 | Auction Value | $8,000.00 |
| 2015 John Deere 4630 Sprayer | $35,000.00 | Auction Value | $35,000.00 |
| 2004 Wilson Hopper Bottom | $10,000.00 | Auction Value | $10,000.00 |
| 2006 Wilson Hopper Bottom | $20,000.00 | Auction Value | $20,000.00 |
| 2012 Chevy 2500 4x4 | $12,000.00 | Auction Value | $12,000.00 |
| 2006 Peterbilt 379- Not running | $15,000.00 | N/A | $15,000.00 |
| 2006 Kenworth T600- Not running | $5,000.00 | N/A | $5,000.00 |
| 2000 International 9200 | $2,500.00 | N/A | $2,500.00 |
| 2023 PT 16ft Utility Trailer | $1,500.00 | Auction Value | $1,500.00 |
| 2023 14ft Utility Trailer | $1,200.00 | Auction Value | $1,200.00 |
| 2002 Harrell Module Builder | $1,000.00 | Auction Value | $1,000.00 |
| 1998 JD 845 8 row cultivator | $300.00 | Auction Value | $300.00 |
| Sunflower 1232 | $5,000.00 | Auction Value | $5,000.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

| | | | |
|---|---|---|---|
| 2012 Chevy 2500 Duramax Diesel Truck | $12,000.00 | Auction Value | $12,000.00 |
| Farming tools | $10,000.00 | N/A | $10,000.00 |
| 1980 KW (not running) | $10,000.00 | Auction Value | $10,000.00 |

33. **Total of Part 6.**
Add lines 28 through 32.   Copy the total to line 85.

$366,900.00

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.   Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $2,500.00 | | $2,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

$2,500.00

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   Binford Farms, LLC      Case number *(If known)* _____
     Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Tract 14, Weaver Road<br>Athens, AL 35611 | | $180,000.00 | | $180,000.00 |
| 55.2.   2015 Krause 1730 Disk | | $0.00 | Auction Value | $0.00 |
| 55.3.   2012 Kelly 4203 Harrow | | $0.00 | N/A | $0.00 |

56.   **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

           $180,000.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

---

| **Part 11:** | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 5

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $366,900.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................................> | | $180,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $369,400.00 | + 91b. $180,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $549,400.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alabama State Department of Agriculture** Creditor's Name <br><br> 1445 Federal Drive Montgomery, AL 36107 Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | Describe debtor's property that is subject to a lien <br><br> **Describe the lien** UCC **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $4,021.32 | $0.00 |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☒ Disputed | | |
| **2.2** **CB&S Bank** Creditor's Name <br><br> PO Box 910 Russellville, AL 35653 Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** 2811 | Describe debtor's property that is subject to a lien 2017 CP690 John Deere Cotton Picker; 1998 JD 2600 Plow <br><br> **Describe the lien** UCC **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $20,100.00 |
| **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Debtor | Binford Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

1. CB&S Bank
2. Listerhill Credit Union

---

| 2.3 | CB&S Bank | Describe debtor's property that is subject to a lien | $21,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 9011
Russellville, AL 35653
Creditor's mailing address

**Describe the lien**
Car Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/29/2
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | CB&S Bank | Describe debtor's property that is subject to a lien | $20,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

PO Box 9011
Russellville, AL 35653
Creditor's mailing address

**Describe the lien**
Car Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/22/22
**Last 4 digits of account number**
9659

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | Corporation Service Company | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

801 Adlai Stevenson Drive
Springfield, IL 62703
Creditor's mailing address

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0961

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

| 2.6 | CSC Corporation | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | Unknown    $0.00 |

801 Adlai Stevenson Drive
Springfield, IL 62703
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
7/29/22

**Last 4 digits of account number**
1662

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Eva Bank | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $65,000.00    $69,200.00 |

1995 John Deere 4960 2WD Tractor; 2012 JD HX 15 Bushog; (2) 2005 KBH Module Builders; 2000 Case IH 496 Disk (broken); 1981 Alabama Lowboy (axle broken); 2002 Schulte Chisel Plow; 2023 AG Spray 1635 Nurse Wagon; 2004 Wilson Hopper Bottom; 2006 Wilson Hopper Bottom; 2023 PT 16ft Utility Trailer; 2002 Harrell Module Builder

1710 Cherokee Ave. SW
Cullman, AL 35055
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2249

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. First Metro
2. Eva Bank

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Financial Pacific Leasing, Inc. | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $30,060.51    $0.00 |

Attn: Jessica E. Bailey c/o

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Legal DeptTTN
3455 South 344th Way Suite 300

Federal Way, WA 98001
Creditor's mailing address

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/28/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.9 | First Metro | | **Describe debtor's property that is subject to a lien** | $130,250.00 | $42,500.00 |
|---|---|---|---|---|---|

Creditor's Name

4360 John Deere Planter
2005 Freightliner XL Truck
2007 Mack CV 713 dump truck

406 W. Avalon Ave
Muscle Shoals, AL 35661
Creditor's mailing address

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
01/20/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.7

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | First Metro | | **Describe debtor's property that is subject to a lien** | $180,000.00 | $180,000.00 |
|---|---|---|---|---|---|

Creditor's Name

Tract 14, Weaver RoadAthens, AL 35611

406 W. Avalon Ave.
Muscle Shoals, AL 35661
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3815

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Case 25-81317-CRJ11    Doc 1    Filed 06/30/25    Entered 06/30/25 12:18:57    Desc Main
Document    Page 15 of 30

including this creditor and its relative
priority.
1. First Metro

---

**2.1**
**1**    First Metro

Creditor's Name

406 W. Avalon Ave.
Muscle Shoals, AL 35661

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/22/2025

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.10

**Describe debtor's property that is subject to a lien**     $261,027.10     $180,000.00
Tract 14, Weaver RoadAthens, AL 35611

**Describe the lien**
Second Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**2**    Listerhill Credit Union

Creditor's Name

4790 2nd Street
Muscle Shoals, AL 35661

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2712

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**     $101,015.00     $20,100.00
2017 CP690 John Deere Cotton Picker; 1998 JD
2600 Plow

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**3**    Listerhill Credit Union

Creditor's Name

4790 2nd Street
Muscle Shoals, AL 35661

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**     $378,235.00     $20,000.00
2017 CP690 John Deere Cotton Picker

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**Last 4 digits of account number**
2711

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.2 | |

---

| 2.1 4 | **Owner Operator Truck Sales** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

2505 Farris View Blvd,
Memphis, TN 38118

Creditor's mailing address

**Describe the lien**
Trade Debt

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0573

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.1 5 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

2 North Street Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
6791

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $1,190,608.93 |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Name and address**

On which line in Part 1 did you enter the related creditor?

Last 4 digits of account number for this entity

**Fill in this information to identify the case:**

Debtor name _Binford Farms, LLC_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Bailing Green USA Inc.<br>3024 E. Chapman Ave. #180<br>Orange, CA 92869 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,600.00 |
| | Date(s) debt was incurred _10/12/2023_ | **Basis for the claim:** _Trade debt_ | |
| | Last 4 digits of account number _1818_ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Bank Independent<br>PO Box 5000<br>Sheffield, AL 35660 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _5308_ | Is the claim subject to offset? ☒ No  ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Helena Chemical<br>19740 Moyers Rd.<br>Tanner, AL 35671 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $118,087.00 |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _3520_ | Is the claim subject to offset? ☒ No  ☐ Yes | |

### Part 3:     List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 180,687.00 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Binford Farms, LLC
           Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
      Lines 5a + 5b = 5c.

5c.    $ _____ 180,687.00

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   Cultivated crop land<br><br>State the term remaining<br><br>List the contract number of any government contract | Blane McCoy<br>120 Cheekwood Drive<br>Madison, AL 35758 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   Cultivated crop land<br><br>State the term remaining<br><br>List the contract number of any government contract | Charles Christensen<br>PO Box 345<br>Elkmont, AL 35620 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   Cultivated crop land<br><br>State the term remaining<br><br>List the contract number of any government contract | Charles Harvell<br>16841 Shaw Rd.<br>Athens, AL 35611 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   Cultivated crop land<br><br>State the term remaining<br><br>List the contract number of any government contract | City of Athens<br>200 W. Hobbs St.<br>Athens, AL 35611 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract
_____

Emma Binford
16830 Little Elk Rd.
Athens, AL 35611

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract
_____

Engineered Solutions
20643 Cox Rd.
Athens, AL 35611

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract
_____

Glenda Green
1626 Catalapa Street
Louisville, KY 40211

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract
_____

James Binford
3910 Elgin Way
Louisville, KY 40216

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract
_____

Jerry Crayton
2552 County Road
Hillsboro, AL 35643

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract

Little Elk Church
4692 Snake Rd
Athens, AL 35611

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract

Madlyn Merrit
3810 Fingertree Lane
Melbourne, FL 32940

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract

Mandolin Branch Farm
406 Deerfield Plaace
Florence, AL 35630

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract

Mark Garner
15068 Lucas Ferry Rd
Athens, AL 35611

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest    Cultivated crop land

State the term remaining

List the contract number of any government contract

Micheal Bass
1478 Olive Street
Louisville, KY 40210

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Cultivated crop land

State the term remaining

List the contract number of any government contract

Mildred Robinson
39 Plantation Hills Drive
Evans, GA 30809

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Cultivated crop land

State the term remaining

List the contract number of any government contract

Peggy Christian
PO Box 115
Elkmont, AL 35620

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Cultivated crop land

State the term remaining

List the contract number of any government contract

Regina Willingham
2706 Todd Circle SW
Decatur, AL 35603

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Cultivated crop land

State the term remaining

List the contract number of any government contract

Vasant Patel
3234 Post Oak Drive
Cleveland, TN 37312

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — Cultivated crop land

State the term remaining

List the contract number of any government contract

Wade Hays
336 Indian Creek Rd. NW
Huntsville, AL 35806

**Fill in this information to identify the case:**

Debtor name    Binford Farms, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Elson S. Binford | 16908 Little Eld Rd<br>Athens, AL 35611 | First Metro | ☒ D   2.9<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Elson S. Binford | 16908 Little Eld Rd<br>Athens, AL 35611 | First Metro | ☒ D   2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Elson S. Binford | 16908 Little Eld Rd<br>Athens, AL 35611 | First Metro | ☒ D   2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Elson S. Binford | 16908 Little Eld Rd<br>Athens, AL 35611 | Helena Chemical | ☐ D _____<br>☒ E/F   3.3<br>☐ G _____ |
| 2.5 | Elson S. Binford | 16908 Little Eld Rd<br>Athens, AL 35611 | Financial Pacific<br>Leasing, Inc. | ☒ D   2.8<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re    Binford Farms, LLC                 Case No. _____

                               Debtor(s)      Chapter     11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................... $ _____ 0.00

    Prior to the filing of this statement I have received ...................................... $ _____ 0.00

    Balance Due ................................................................................................... $ _____ 0.00

2.    The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ 6 / 30 / 25 _____
Date

_____
Stuart Maples asb-1974-s69s
*Signature of Attorney*
Thompson Burton PLLC
200 CLINTON AVE. W
Huntsville , AL 35801
(256) 489-9779   Fax:
smaples@thompsonburton.com
*Name of law firm*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Alabama, Northern Division**

In re   Binford Farms, LLC

Case No. _____

Chapter   11

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   6/30/25

Elson S. Binford/Owner
Signer/Title

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

Alabama State Department of Agriculture
1445 Federal Drive
Montgomery, AL 36107


Bailing Green USA Inc.
3024 E. Chapman Ave. #180
Orange, CA 92869


Bank Independent
PO Box 5000
Sheffield, AL 35660


Blane McCoy
120 Cheekwood Drive
Madison, AL 35758


CB&S Bank
PO Box 9011
Russellville, AL 35653


CB&S Bank
PO Box 910
Russellville, AL 35653


Charles Christensen
PO Box 345
Elkmont, AL 35620


Charles Harvell
16841 Shaw Rd.
Athens, AL 35611


City of Athens
200 W. Hobbs St.
Athens, AL 35611


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


CSC Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703


Elson S. Binford
16908 Little Eld Rd
Athens, AL 35611


Emma Binford
16830 Little Elk Rd.
Athens, AL 35611


Engineered Solutions
20643 Cox Rd.
Athens, AL 35611

Eva Bank
1710 Cherokee Ave. SW
Cullman, AL 35055


Financial Pacific Leasing, Inc.
Attn: Jessica E. Bailey c/o Legal DeptTT
3455 South 344th Way Suite 300
Federal Way, WA 98001


First Metro
406 W. Avalon Ave.
Muscle Shoals, AL 35661


First Metro
406 W. Avalon Ave
Muscle Shoals, AL 35661


Glenda Green
1626 Catalapa Street
Louisville, KY 40211


Helena Chemical
19740 Moyers Rd.
Tanner, AL 35671


James Binford
3910 Elgin Way
Louisville, KY 40216


Jerry Crayton
2552 County Road
Hillsboro, AL 35643


Listerhill Credit Union
4790 2nd Street
Muscle Shoals, AL 35661


Little Elk Church
4692 Snake Rd
Athens, AL 35611


Madlyn Merrit
3810 Fingertree Lane
Melbourne, FL 32940


Mandolin Branch Farm
406 Deerfield Plaace
Florence, AL 35630


Mark Garner
15068 Lucas Ferry Rd
Athens, AL 35611


Micheal Bass
1478 Olive Street
Louisville, KY 40210

Mildred Robinson
39 Plantation Hills Drive
Evans, GA 30809


Owner Operator Truck Sales
2505 Farris View Blvd,
Memphis, TN 38118


Paul Spina
One Perimeter Park South
Suite 400N
Birmingham, AL 35243


Peggy Christian
PO Box 115
Elkmont, AL 35620


Regina Willingham
2706 Todd Circle SW
Decatur, AL 35603


Robert P. Reynolds
2115 11th Street
Tuscaloosa, AL 35403


U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Vasant Patel
3234 Post Oak Drive
Cleveland, TN 37312


Wade Hays
336 Indian Creek Rd. NW
Huntsville, AL 35806