IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BINFORD FARMS, LLC, | ) CASE NO. 25-81317-CRJ11 |
| | ) CHAPTER 11, SUBCHAPTER V |
| Debtor. | ) |

## PRE-STATUS CONFERENCE REPORT

COMES NOW Binford Farms, LLC, as debtor and debtor-in-possession, in the above-styled Chapter 11, Subchapter V case ("Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. § 1188(c) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and submits the following status report to the Court:

a. The Debtor filed its voluntary petition in this Court under Chapter 11, Subchapter V of the Bankruptcy Code on June 30, 2025.

b. On August 5, 2025, the Court approved the Application to employ the undersigned counsel for the Debtor, Stuart M. Maples and the law firm of Thompson Burton, PLLC.

c. The Debtors 341 Meeting of Creditors was conducted on August 5, 2025.

d. The Debtor will open a "Debtor-in-Possession" account with an approved institution within the next week.

e. The Debtor has insurance in force on all Estate Property.

f. The Debtor is working with secured creditors to inventory and inspect collateral.

g. The Debtor has reached an adequate protection agreement with First Metro Bank on its equipment collateral.

h. The Debtor, in concert with the Trustee and major creditors, will formulate a plan to amortize debt to reduce current payments.

i. The Debtor will seek to contact and solicit consent from its unsecured creditor pool for its reorganization.

j. The Debtor is preparing historical financial data, current budgets and pro forma operating projections to support a plan of reorganization.

k. The Debtor's five (5) year pro forma is attached hereto as <u>Exhibit A</u>.

l. Counsel for Debtor has been making a concerted effort to reach agreements with the creditors of the Debtor in an attempt to achieve a consensual plan of reorganization.

m. The Debtor will timely file its plan of reorganization.

n. The Debtor anticipates filing a plan of reorganization prior to the expiration of 90 days from the date of the case filing, which will be on or before September 26, 2025.

Respectfully submitted this the 5th day of August, 2025.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ASB-1974-S69S)

THOMPSON BURTON PLLC
REGIONS CENTER
200 Clinton Ave. W, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 - Telephone
(256) 489-9720 – Facsimile
smaples@thompsonburton.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the preceding was electronically filed through the Court's ECF system and served this 5th day of August, 2025 by operation of the Court's electronic noticing system and upon Richard Blythe, the Assistant U.S. Bankruptcy Administrator, Kevin Heard, the Subchapter V Trustee, the 20 largest unsecured creditors, Debtor, and all who have requested electronic notice in this case.

*/s/ Stuart M. Maples*
STUART M. MAPLES

2

Case 25-81317-CRJ11    Doc 48    Filed 08/05/25    Entered 08/05/25 14:15:51    Desc Main
Document    Page 2 of 2