| **Binford Farms, LLC** | | | | | | |
|---|---|---|---|---|---|---|
| **General Operating Expenses** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** |
| Rent of Land | $50,400.00 | $50,400.00 | $50,400.00 | $50,400.00 | $50,400.00 | $50,400.00 |
| Crop Expense | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| John Deere | $46,000.00 | $37,800.00 | $12,400.00 | $0.00 | $0.00 | $0.00 |
| Total Amount Due: | $221,400.00 | $213,200.00 | $187,800.00 | $175,400.00 | $175,400.00 | $175,400.00 |
| | | | | | | |
| **Income** | $377,000.00 | $347,000.00 | $377,000.00 | $377,000.00 | $377,000.00 | $377,000.00 |
| Custom Harvest | $60,000.00 | $30,000.00 | | | | |
| Cotton | $252,000.00 | $252,000.00 | $252,000.00 | $252,000.00 | $252,000.00 | $252,000.00 |
| Private Sale Bonus | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | | |
| **Net Profit:** | $155,600.00 | $133,800.00 | $189,200.00 | $201,600.00 | $201,600.00 | $201,600.00 |