```
Label Matrix for local noticing      Binford Farms, LLC                 CB&S Bank
1126-5                                17294 Hubert St                    CB&S Bank
Case 25-81317-CRJ11                   Athens, AL 35611-5620              P.O. Box 910
NORTHERN DISTRICT OF ALABAMA                                             Russellville, AL 35653-0910
Huntsville
Tue Aug  5 14:13:09 CDT 2025

First Metro Bank                      Listerhill Credit Union            U. S. Bankruptcy Court
c/o Robert P. Reynolds                c/o Ryan Morgan                    660 Gallatin Street SW, Room 1320
Reynolds, Reynolds & Little, LLC      PO Box 653                         Huntsville, AL 35801-4913
Post Office Box 2863                  Birmingham, AL 35201-0653
Tuscaloosa, AL 35403-2863

*Alabama State Department of Agriculture   *Bailing Green USA Inc.       *Bank Independent
1445 Federal Drive                    3024 E. Chapman Ave. #180          PO Box 5000
Montgomery, AL 36107-1123             Orange, CA 92869-3706              Sheffield, AL 35660-0137


*CB&S Bank                            *CB&S Bank                         *CSC Corporation
PO Box 9011                           PO Box 910                         801 Adlai Stevenson Drive
Russellville, AL 35653                Russellville, AL 35653-0910        Springfield, IL 62703-4261


*Corporation Service Company          *Eva Bank                          *Financial Pacific Leasing, Inc.
801 Adlai Stevenson Drive             1710 Cherokee Ave. SW              Attn: Jessica E. Bailey c/o Legal DeptTT
Springfield, IL 62703-4261            Cullman, AL 35055-5333             3455 South 344th Way Suite 300
                                                                         Federal Way, WA 98001-9546


*First Metro                          *Helena Chemical                   *Listerhill Credit Union
406 W. Avalon Ave                     19740 Moyers Rd.                   4790 2nd Street
Muscle Shoals, AL 35661-2808          Tanner, AL 35671                   Muscle Shoals, AL 35661-1285


*Owner Operator Truck Sales           *U.S. Small Business Administration   Alabama Department of Labor
2505 Farris View Blvd,                2 North Street Suite 320           649 Monroe St
Memphis, TN 38118-9513                Birmingham, AL 35203               Montgomery, AL 36131-0099


Assistant US Bankruptcy Administrator   Blane McCoy                      Charles Christensen
Northern District of Alabama          120 Cheekwood Drive                PO Box 345
P.O. Box 3045                         Madison, AL 35758-3016             Elkmont, AL 35620-0345
Decatur, AL 35602-3045


Charles Harvell                       City of Athens                     City of Athens, Alabama
16841 Shaw Rd.                        200 W. Hobbs St.                   c/o City Clerk
Athens, AL 35611-6346                 Athens, AL 35611-2115              City Hall
                                                                         200 W Hobbs Street
                                                                         Athens, AL 35611-2115


E. Shane Black, Esq.                  Elson S. Binford                   Emma Binford
Hand Arendall Harrison Sale, LLC      16908 Little Eld Rd                16830 Little Elk Rd.
102 South Jefferson Street            Athens, AL 35611-8751              Athens, AL 35611-8753
Athens, AL 35611-2545
```

| | | |
|---|---|---|
| Engineered Solutions<br>20643 Cox Rd.<br>Athens, AL 35611 | Glenda Green<br>1626 Catalapa Street<br>Louisville, KY 40211-1715 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| James Binford<br>3910 Elgin Way<br>Louisville, KY 40216-4909 | Jerry Crayton<br>2552 County Road<br>Hillsboro, AL 35643 | Little Elk Church<br>4692 Snake Rd<br>Athens, AL 35611-8623 |
| Madlyn Merrit<br>3810 Fingertree Lane<br>Melbourne, FL 32940-1537 | Mandolin Branch Farm<br>406 Deerfield Plaace<br>Florence, AL 35630-2961 | Mark Garner<br>15068 Lucas Ferry Rd<br>Athens, AL 35611-4037 |
| Micheal Bass<br>1478 Olive Street<br>Louisville, KY 40210-1974 | Mildred Robinson<br>39 Plantation Hills Drive<br>Evans, GA 30809-5616 | Paul Spina<br>One Perimeter Park South<br>Suite 400N<br>Birmingham, AL 35243-2327 |
| Peggy Christian<br>PO Box 115<br>Elkmont, AL 35620-0115 | Regina Willingham<br>2706 Todd Circle SW<br>Decatur, AL 35603-2478 | Robert P. Reynolds<br>2115 11th Street<br>Tuscaloosa, AL 35401-2913 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 | U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 |
| United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | Vasant Patel<br>3234 Post Oak Drive<br>Cleveland, TN 37312-6504 |
| Wade Hays<br>336 Indian Creek Rd. NW<br>Huntsville, AL 35806-1218 | Kevin D. Heard (SBRA)<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue<br>Suite 921<br>Huntsville, AL 35801-6084 | Richard M Blythe<br>United States Bankruptcy Administrator N<br>Huntsville U.S. Courthouse<br>Bankruptcy Administrator's Office<br>660 Gallatin St. SW<br>Huntsville, AL 35801-4913 |
| Stuart M Maples<br>Thompson Burton PLLC<br>Regions Center<br>200 Clinton Ave West<br>Suite 1000<br>Huntsville, AL 35801-4919 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Department of Revenue<br>P O Box 1927<br>Pelham, AL 35124 | (d)State of Alabama Dept. of Revenue<br>P O Box 320001<br>Montgomery, AL  36132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Helena Agri-Enterprises, LLC<br>P. O. Box 239<br>Montgomery | (d)*First Metro<br>406 W. Avalon Ave.<br>Muscle Shoals, AL 35661-2808 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |